UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No.:09-3332 (MJD/FLN)

United States Commodity Futures Trading Commission,

        Plaintiff,

v.                                **ORDER OF REFERRAL**

Trevor Cook, et al.

        Defendants.

---

**IT IS HEREBY ORDERED** that pursuant to 28 U.S.C. § 636(b)(1)(B) that United States Magistrate Judge Franklin L. Noel is designated to review the Motion to Dismiss. [Docket # 547]. In regard to this motion, Magistrate Judge Franklin L. Noel is to submit proposed findings of fact and recommendations of law on this motion which may be filed in this matter. An order will be issued ruling on this motion after the objection period is complete. Parties shall contact Magistrate Judge Franklin L. Noel's Chambers to reschedule the hearing.

Dated: November 24, 2010

                                                  s/Michael J. Davis
                                                  Michael J. Davis
                                                  Chief Judge
                                                  United States District Court