UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

U.S. COMMODITY FUTURES
TRADING COMMISSION,

      Plaintiff,                           Case No:     09-cv-3332 MJD/JSM

v.

TREVOR COOK d/b/a CROWN
FOREX, LLC, PATRICK KILEY d/b/a
CROWN FOREX, LLC, UNIVERSAL
BROKERAGE FX and UNIVERSAL
BROKERAGE FX DIVERSIFIED, OXFORD
GLOBAL PARTNERS, LLC, OXFORD
GLOBAL ADVISORS, LLC, UNIVERSAL
BROKERAGE FX ADVISORS, LLC f/k/a
UBS DIVERSIFIED FX ADVISORS, LLC,
UNIVERSAL BROKERAGE FX
GROWTH, L.P. f/k/a UBS DIVERSIFIED FX
GROWTH L.P., UNIVERSAL BROKERAGE
FX MANAGEMENT, LLC f/k/a UBS
DIVERSIFIED FX MANAGEMENT, LLC
and UBS DIVERSIFIED GROWTH, LLC,

           Defendants,

R.J. ZAYED,

           Receiver.

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,                    Case No:        09-cv-3333 MJD/JSM

        Plaintiff,

v.

TREVOR G. COOK,
PATRICK J. KILEY,
UBS DIVERSIFIED GROWTH, LLC,
UNIVERSAL BROKERAGE FX
MANAGEMENT, LLC,
OXFORD GLOBAL ADVISORS, LLC,
and OXFORD GLOBAL PARTNERS, LLC,

        Defendants

        and

BASEL GROUP, LLC,
CROWN FOREX, LLC,
MARKET SHOT, LLC,
PFG COIN AND BULLION,
OXFORD DEVELOPERS, S.A.,
OXFORD FX GROWTH, L.P.,
OXFORD GLOBAL MANAGED
FUTURES FUND, L.P., UBS DIVERSIFIED
FX ADVISORS, LLC, UBS DIVERSIFIED
FX GROWTH, L.P., UBS DIVERSIFIED
FX MANAGEMENT, LLC, CLIFFORD
BERG, and ELLEN BERG,

        Relief Defendants.

R.J. ZAYED,

        Receiver.

**ORDER AUTHORIZING THE PAYMENT OF FEES INCURRED BY THE RECEIVER THAT WERE NECESSARY TO ASSIST THE RECEIVER IN HIS DUTIES**

This matter is before the Court pursuant to the motions of Receiver R.J. Zayed (the "Receiver") (Docket Nos.: 595 and 642) for an order directing the Receiver to make payments for fees incurred by the Receiver, in or about November 2010, for services necessary to assist the Receiver in his duties:

1. Dorsey & Whitney LLP

2. Willeke & Daniels

3. Leonard, O'Brien, Spencer, Gale & Sayre

4. Ernst & Young

5. Carlson, Caspers, Vandenburgh, and Lindquist

6. BMG Avocats

7. Morgan & Morgan

Based on the pleadings, files, and records herein, including the Court's *in camera* review of the detailed invoices, and being fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

The Receiver's Motion is GRANTED. The Receiver is authorized to make

payments out of the assets of the Receivership as follows:

1. Dorsey & Whitney LLP .......................................................$  3,980.46

2. Willeke & Daniels ...............................................................$  1,473.55

3. Leonard, O'Brien, Spencer, Gale & Sayre ("Leonard") .....$  1,466.23

4. Ernst & Young.....................................................................$ 46,243.00

5. Carlson, Caspers, Vandenburgh, & Lindquist ("CCVL")

        Legal fees .....................................$183,969.35
        Incurred costs ..............................$ 20,345.42

        TOTAL CCVL ..................................................$204,314.77

6. BMG Avocats......................................................................$  7,226.15

7. Morgan & Morgan...............................................................$  2,140.00


Dated:    **January 6, 2011**        **BY THE COURT:**


        **s/ Michael J. Davis**
        **MICHAEL J. DAVIS**
        **CHIEF JUDGE**
        **UNITED STATES DISTRICT COURT**