UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| U. S. Commodity Futures Trading Commission, | Civil 09-3332 MJD/FLN |
| Plaintiff, | |
| v. | O R D E R |
| Trevor Cook et al., | |
| Defendants. | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated March 10, 2011, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Defendant Kiley's motion to dismiss the complaint [#547] is DENIED.

DATED: April 11, 2011.  　　　　s/Michael J. Davis
at Minneapolis, Minnesota　　　CHIEF JUDGE MICHAEL J. DAVIS
　　　　　　　　　　　　　　　 United States District Court