IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

U.S. COMMODITY FUTURES
TRADING COMMISSION,
        Plaintiff,

v.                                         Case No.    09-cv-3332 (MJD/FLN)

TREVOR COOK et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
        Plaintiff,

v.                                         Case No.    09-cv-3333 (MJD/FLN)

TREVOR G. COOK, et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
        Plaintiff,

v.                                         Case No.    11-cv-574 (MJD/FLN)

JASON BO-ALAN BECKMAN, et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

## ORDER APPROVING SECOND INTERIM DISTRIBUTION

The Court-appointed Receiver, R.J. Zayed, has moved for entry of an Order approving the Receiver's plan to make a second interim distribution of $1,127,495.00 on a *pro rata* basis to claimants identified in the Receiver's First Amended Final Claims List, SEC Docket No. 851-1, CFTC Docket No. 817-1 & Beckman Docket No. 133-1 (Jul. 1, 2011).  The Court having considered the pleadings, files and records before it, and being fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

(1) The Receiver's motion is granted.

(2) The Receiver shall make a second interim distribution in these civil cases of $1,127,495.00 on a *pro rata* basis to claimants identified in the Receiver's First Amended Final Claims List, with the following exceptions:

    a. Robert and Dianne Birk;

    b. Patricia Edenborg-Gorman;

    c. Dale and Ann Woodbeck;

    d. David Dent;

    e. Justin Bussler;

    f. Robert and Laura Owen;

    g. Ronald Bisson;

    h. Anne E. Quiggle (The Quiggle Trust);

    i. Arthur Quiggle (Trust);

    j. Susan Gorman;

      k. Evangeline Olson;

      l. Charlotte J. Olson (Charitable Remainder Unit Trust); and

      m. Charlotte J. Olson (Family Trust).

(3) The civil interim distribution shall be effectuated through the Clerk of Court for the United States District Court for the District of Minnesota ("Clerk of Court").

(4) Upon entry of this Order, the Receiver shall submit a list of the claimants to be included in the Second Interim Distribution, along with their *pro rata* shares of the $1,127,495.00, to the Clerk of Court.

(5) Upon receipt of the Receiver's list described in Paragraph 4 of this Order, the Clerk of Court shall issue a check to each of the identified claimants in the *pro rata* amount calculated by the Receiver.

SO ORDERED.

Date: July 22, 2011                  s/ Michael J. Davis
                                                              Chief Judge Michael J. Davis
                                                              United States District Court