IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

U.S. COMMODITY FUTURES
TRADING COMMISSION,
        Plaintiff,

v.                                    Case No.    09-cv-3332 (MJD/FLN)

TREVOR COOK et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
        Plaintiff,

v.                                    Case No.    09-cv-3333 (MJD/FLN)

TREVOR G. COOK, et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
        Plaintiff,

v.                                    Case No.    11-cv-574 (MJD/FLN)

JASON BO-ALAN BECKMAN, et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

## ORDER ENTERING FIRST AMENDED FINAL CLAIMS LIST

Pursuant to Paragraph 3 of the Court's Order Entering Recognized Claim Amounts and Approving Process for Judicial Resolution of Disputed Claims, SEC Docket No. 732 & CFTC Docket No. 683 (Apr. 5, 2011), the Receiver R.J. Zayed, has moved the Court for an Order entering the Recognized Claim Amounts for the 725 claimants identified in the Receiver's First Amended Final Claims List as the final claim amounts for civil restitution in the civil cases of *SEC v. Cook et al.*, 09-cv-3333 (D. Minn.), *CFTC v. Cook et al.*, 09-cv-3332 (D. Minn.) and *SEC v. Beckman et al.*, 11-cv-574 (D. Minn.). The Court having considered the pleadings, files and records before it, and being fully advised on the premises,

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED.**

The Recognized Claim Amounts for the 725 claimants identified in the Receiver's First Amended Final Claims List, SEC Docket No. 851-1, CFTC Docket No. 817-1 & Beckman Docket No. 133-1 (Jul. 1, 2011), are hereby entered as the final claim amounts for civil restitution in the civil cases of *SEC v. Cook et al.*, 09-cv-3333 (D. Minn.), *CFTC v. Cook et al.*, 09-cv-3332 (D. Minn.) and *SEC v. Beckman et al.*, 11-cv-574 (D. Minn.). SO ORDERED.

Date:  July 22, 2011          s/ Michael J. Davis
                              Chief Judge Michael J. Davis
                              United States District Court