UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

U.S. COMMODITY FUTURES
TRADING COMMISSION,
        Plaintiff,

v.                                   Case No.    09-cv-3332 (MJD/FLN)

TREVOR COOK et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
        Plaintiff,

v.                                     Case No.    09-cv-3333 (MJD/FLN)

TREVOR G. COOK, et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
       Plaintiff,

v.                                   Case No.    11-cv-574 (MJD/FLN)

JASON BO-ALAN BECKMAN, et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

---

**ORDER**

This matter is before the Court pursuant to the Receiver's Motion to Retain Outside Counsel for Purposes of Pursuing Claims Against Third Parties filed on September 16, 2011.

Based on the pleadings, files, and records herein, including the attorney presentations offered to the Court, and being fully advised in the premises,

IT IS HEREBY ORDERED THAT the Receiver's Motion to Retain Outside Counsel for Purposes of Pursuing Claims Against Third Parties (Case No. 09-cv-3332, Docket No. 858; Case No. 09-cv-3333, Docket No. 893, and Case No. 11-cv-0574, Docket No. 212) is GRANTED.

SO ORDERED.

Dated:   October 19, 2011        s/ Michael J. Davis
                                 Michael J. Davis
                                 Chief Judge
                                 United States District Court

128339.1                         2