IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

U.S. COMMODITY FUTURES
TRADING COMMISSION,
          Plaintiff,

v.                                 Case No.     09-cv-3332 (MJD/FLN)

TREVOR COOK et al.,
          Defendants,

R.J. ZAYED,
          Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
          Plaintiff,

v.                                 Case No.     09-cv-3333 (MJD/FLN)

TREVOR G. COOK, et al.,
          Defendants,

R.J. ZAYED,
          Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
          Plaintiff,

v.                                 Case No.     11-cv-574 (MJD/FLN)

JASON BO-ALAN BECKMAN, et al.,
          Defendants,

R.J. ZAYED,
          Receiver.

---

**ORDER AUTHORIZING THE PAYMENT OF FEES INCURRED BY THE
RECEIVER THAT WERE NECESSARY TO ASSIST THE RECEIVER
IN HIS DUTIES**

This matter is before the Court pursuant to the motions of Receiver R.J. Zayed (the

"Receiver") (Docket Nos. 877, 911, 236) for an order directing the Receiver to make

payments for fees incurred by the Receiver, in or about October 2011, for services

necessary to assist the Receiver in his duties:

1.      WayPoint, Inc.

2.      Dorsey & Whitney LLP

3.      Carlson, Caspers, Vandenburgh, and Lindquist

Based on the pleadings, files, and records herein, including the Court's *in camera*

review of the detailed invoices, and being fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

The Receiver's Motion is GRANTED. The Receiver is authorized to make

payments out of the assets of the Receivership as follows:

1. WayPoint, Inc...................................................................$  1,325.85

2. Dorsey & Whitney LLP. ....................................................$ 18,216.70

3. Carlson, Caspers, Vandenburgh, & Lindquist ("CCVL")

Legal fees ....................................$156,272.70
Incurred costs .............................$ 36,331.30

TOTAL..............................................................$192,604.00


Dated:   December 15, 2011                BY THE COURT:


                                          s/ Michael J. Davis
                                          MICHAEL J. DAVIS
                                          CHIEF JUDGE
                                          UNITED STATES DISTRICT COURT

Civil Nos. 09-3332, 09-3333, 11-574