UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

U.S. COMMODITY FUTURES
TRADING COMMISSION,
        Plaintiff,

v().                                        Case No.    09-cv-3332 (MJD/FLN)

TREVOR COOK et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
        Plaintiff,

v.                                       Case No.    09-cv-3333 (MJD/FLN)

TREVOR G. COOK, et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
        Plaintiff,

v.                                     Case No.    11-cv-574 (MJD/FLN)

JASON BO-ALAN BECKMAN, et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

**ORDER APPROVING DISTRIBUTION OF PROCEEDS
FROM SETTLEMENTS WITH WESTERN AND NRP**

THIS MATTER came before the Court upon the Receiver's Motion to approve the distribution of funds obtained via the Court-approved Settlement Agreements with NRP Financial, Inc. ("NRP") [09-cv-3333, Docket No. 940, 09-cv-3332, Docket No. 904, and 11-cv-574, Docket No. 269] ("NRP Agreement") and Western International Securities, Inc. ("Western") [09-cv-3333 Docket No. 921-2, 09-cv-3332 Docket No. 887-2, 11-cv-574 Docket No. 248-2] ("Western Agreement").

Based on the Agreements between the parties and all of the files and documents in these cases, the Court being duly advised on the premises, HEREBY ORDERS AS FOLLOWS:

The Receiver shall distribute the settlement proceeds from Western and NRP as follows:

1. The funds to be distributed are the $1,000,000 from the settlement with NRP [09-cv-3333, Docket No. 940, 09-cv-3332, Docket No. 904, and 11-cv-574, Docket No. 269] and the $410,000 from the settlement with Western [09-cv-3333 Docket No. 921-2, 09-cv-3332 Docket No. 887-2, 11-cv-574 Docket No. 248-2] (collectively the "Settlement Proceeds");

2. In accordance with the Court-approved representation agreement with Reid Collins Tsai LLP ("RCT"), the Receiver shall pay RCT $246,750 (17.5% of the Settlement Proceeds);

3.  The FINRA Claimants (Dale Woodbeck, Ann Woodbeck, David Dent, Justin Bussler, Laura Owen, Ronald Bisson, Sr., Anne E. Quiggle, Susan R. Gorman and Evangeline M. Olson, individually and as Trustees on behalf of the Arthur W. Quiggle Family Trust, and Charlotte Olson, individually and as Trustee on behalf of the Charlotte J. Olson Family Trust and the Charlotte J. Olson Charitable Remainder Trust) shall not receive any portion of the Settlement Proceeds;

4.  The remaining $1,163,250 of the Settlement Proceeds shall be distributed on a *pro rata* basis to all other claimants against the Receiver Estates whom the Receiver has identified as having a net loss;

5.  Each claimant receiving a share of the Settlement Proceeds shall receive two checks, one for his or her *pro rata* share of the Western Settlement and the other for his or her *pro rata* share of the NRP Settlement;

6.  The checks relating to the Western Settlement shall be marked "CASHING RELEASES WESTERN", with any claimant who cashes the check releasing any claims he or she may have against Western, and be accompanied by a transmittal letter stating "BY CASHING THIS CHECK YOU ARE AGREEING TO RELEASE ANY CLAIMS YOU MAY HAVE AGAINST WESTERN INTERNATIONAL SECURITIES, INC. THE FULL TERMS OF THE RELEASE ARE AT WWW.COOKKILEYRECEIVER.COM";

7.  The checks relating to the NRP Settlement shall be marked "CASHING RELEASES NRP", with any claimant who cashes the check releasing any claims he or she may have against NRP, and be accompanied by a transmittal letter stating "BY

CASHING THIS CHECK YOU ARE AGREEING TO RELEASE ANY CLAIMS YOU MAY HAVE AGAINST NRP FINANCIAL, INC. THE FULL TERMS OF THE RELEASE ARE AT WWW.COOKKILEYRECEIVER.COM";

      8.      The distribution checks described herein shall remain valid for ninety (90) days, after which the funds will be returned to the Receiver's account for future distributions or other uses as authorized by the Court; and

      9.      All terms of the Western Agreement previously approved by this Court [09-cv-3333 Docket No. 924, 09-cv-3332 Docket No. 890, 11-cv-574 Docket No. 251] and the NRP Agreement previously approved by this Court [09-cv-3333, Docket No. 940, 09-cv-3332, Docket No. 904, and 11-cv-574, Docket No. 269] remain in effect.

SO ORDERED.

Dated:   March 23, 2012.                     s/ Michael J. Davis
                                                 Chief Judge Michael J. Davis
                                                 UNITED STATES DISTRICT COURT