IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

U.S. COMMODITY FUTURES
TRADING COMMISSION,
    Plaintiff,

v.                                     Case No.    09-cv-3332 (MJD/FLN)

TREVOR COOK et al.,
    Defendants,

R.J. ZAYED,
    Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
    Plaintiff,

v.                                     Case No.    09-cv-3333 (MJD/FLN)

TREVOR G. COOK, et al.,
    Defendants,

R.J. ZAYED,
    Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
    Plaintiff,

v.                                     Case No.    11-cv-574 (MJD/FLN)

JASON BO-ALAN BECKMAN, et al.,
    Defendants,

R.J. ZAYED,
    Receiver.

## ORDER ENTERING SECOND AMENDED FINAL CLAIMS LIST

The Receiver, R.J. Zayed, has moved the Court for an Order entering the Recognized Claim Amounts for the 723 claimants identified in the Receiver's Second Amended Final Claims List as the final claim amounts for civil restitution in the civil cases of *SEC v. Cook et al.*, 09-cv-3333 (D. Minn.), *CFTC v. Cook et al.*, 09-cv-3332 (D. Minn.) and *SEC v. Beckman et al.*, 11-cv-574 (D. Minn.). The Court having considered the pleadings, files and records before it, and being fully advised on the premises,

**IT IS HEREBY ORDERED THAT** the motion is **GRANTED.**

The Recognized Claim Amounts for the 723 claimants identified in the Receiver's Second Amended Final Claims List, 09-cv-3333 Docket No. 944-1, 09-cv-3332 Docket No. 908-1 & 11-cv-574 Docket No. 273-1 (Mar. 9, 2012), are hereby entered as the final claim amounts for civil restitution in the civil cases of *SEC v. Cook et al.*, 09-cv-3333 (D. Minn.), *CFTC v. Cook et al.*, 09-cv-3332 (D. Minn.) and *SEC v. Beckman et al.*, 11-cv-574 (D. Minn.). No other individual or entity shall be entitled to civil restitution in these cases barring further Order of this Court.

SO ORDERED.

Date: March 23, 2012
s/ Michael J. Davis
Chief Judge Michael J. Davis
United States District Court