# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>   v.<br><br>JASON BO-ALAN BECKMAN, et al.,<br><br>        Defendants,<br><br>R.J. ZAYED,<br><br>        Receiver. | Civ. No. 11-cv-574 (MJD/FLN) |
| U.S. COMMODITY FUTURES TRADING COMMISSION,<br><br>        Plaintiff,<br><br>   v.<br><br>TREVOR COOK, et al.,<br><br>        Defendants.<br><br>R.J. ZAYED,<br><br>        Receiver. | Civ. No. 09-cv-3332 (MJD/FLN) |
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>        Plaintiff,<br><br>   v.<br><br>TREVOR G. COOK, et al.,<br><br>        Defendants,<br><br>R.J. ZAYED,<br><br>        Receiver. | Civ. No. 09-cv-3333 (MJD/FLN) |

**ORDER APPROVING SETTLEMENT AGREEMENT AND GRANTING PARTIAL LIFT OF ASSET FREEZE TO PERMIT PAYMENT OF SETTLEMENT**

The above-entitled matter came before the Court upon Everest Indemnity Insurance Company's Motion for Order Approving Settlement Agreement and for Partial Lift of Asset Freeze to Permit Payment of Settlement. Appearances of the parties and counsel were as noted on the record. The Confidential Settlement Agreement and Release ("Agreement") that is the subject of this Order is filed at *SEC v. Beckman et al.*, 11-cv-574, Docket No. 338. Based on the Agreement, the arguments of counsel, and all other files, records, and proceedings herein,

IT IS HEREBY ORDERED:

1. Everest Indemnity Insurance Company's motion is **GRANTED.**

2. The Court approves the Confidential Settlement Agreement and Release between FINRA Claimant Gunvant Bhatt and Respondents Eric Erickson and Everest Specialty Underwriters, LLC that is filed *SEC v. Beckman et al.*, 11-cv-574, Docket No. 335.

3. The Court approves the motion for Partial Lift of Asset Freeze to Permit Payment of Settlement. Upon receipt of this Order, and pursuant to the terms of the Confidential Settlement Agreement and Release, Everest Indemnity Insurance Company shall pay to Gunvant Bhatt the sum of Seventy-Two Thousand Five Hundred Dollars ($72,500.00).

SO ORDERED.

**BY THE COURT:**

Date:  January 2, 2013

s/ Michael J. Davis
Michael J. Davis
Chief Judge
United States District Court

Civil No. 11-574