**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

U.S. COMMODITY FUTURES
TRADING COMMISSION,
        Plaintiff,

v.                                     Case No.     09-cv-3332 (MJD/FLN)

TREVOR COOK et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
        Plaintiff,

v.                                       Case No.     09-cv-3333 (MJD/FLN)

TREVOR G. COOK, et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
        Plaintiff,

v.                                       Case No.     11-cv-574 (MJD/FLN)

JASON BO-ALAN BECKMAN, et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

# ORDER

This matter is before the Court pursuant to the Receiver's Motion to Retain Outside Counsel for Purposes of Pursuing Claims Against Third Parties filed on April 3, 2013.

Based on the pleadings, files, and records herein, including the attorney presentation offered to the Court and the biographical and other information submitted therein, and being fully advised in the premises,

IT IS HEREBY ORDERED THAT the Receiver's Motion to Retain Outside Counsel for Purposes of Pursuing Claims Against Third Parties (Case No. 09-cv-3332, Docket No. 1012; Case No. 09-cv-3333, Docket No. 1061, and Case No. 11-cv-0574, Docket No. 374) is GRANTED.

SO ORDERED.

Dated:  April 11, 2013            s/ Michael J. Davis
                                  Michael J. Davis
                                  Chief Judge
                                  United States District Court