UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

U.S. COMMODITY FUTURES
TRADING COMMISSION,
        Plaintiff,

v.　　　　　　　　　　　　　Case No.　　09-cv-3332 (MJD/FLN)

TREVOR COOK et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
        Plaintiff,

v.　　　　　　　　　　　　　Case No.　　09-cv-3333 (MJD/FLN)

TREVOR G. COOK, et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
        Plaintiff,

v.　　　　　　　　　　　　　Case No.　　11-cv-574 (MJD/FLN)

JASON BO-ALAN BECKMAN, et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

# ORDER AUTHORIZING THE PAYMENT OF FEES INCURRED BY THE RECEIVER THAT WERE NECESSARY TO ASSIST THE RECEIVER IN HIS DUTIES

This matter is before the Court pursuant to the motions of Receiver R.J. Zayed (the "Receiver") (Docket Nos. 1026, 1075 and 390) for an order directing the Receiver to make payments for fees incurred by the Receiver, in or about March, April, and May 2013, for services necessary to assist the Receiver in his duties:

1. Dorsey & Whitney LLP;

2. Carlson Caspers; and

3. Morgan & Morgan.

Based on the pleadings, files, and records herein, including the Court's *in camera* review of the detailed invoices, and being fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

The Receiver's Motion is GRANTED. The Receiver is authorized to make payments out of the assets of the Receivership as follows:

1. Dorsey & Whitney, LLP

>April 2013
>Invoice No. 1872249....................$1,774.80
>Invoice No. 1871228....................$   592.45
>
>May 2013
>Invoice No. 1877608....................$1,873.40
>
>TOTAL............................................................$ 4,240.65

2. Carlson, Caspers, Vandenburgh, Lindquist & Schuman, P.A.

>March 2013
>Legal fees ..................................$49,350.75

2

      Incurred costs ..............................$      126.38

      <u>April 2013</u>
      Legal fees ...................................$14,221.00
      Incurred costs ..............................$  2,920.08

      <u>May 2013</u>
      Legal fees ...................................$14,752.75
      Incurred costs ..............................$        11.00

      TOTAL............................................................$ 81,381.96

3. Morgan & Morgan

      January 2013 ...............................$2,338.71

      March 2013 .................................$1,502.83

      April 2013 ...................................$   817.11

      TOTAL............................................................$4,658.65

Dated:   July 1, 2013        BY THE COURT:

                              **s/ Michael J. Davis**
                              **MICHAEL J. DAVIS**
                              **CHIEF JUDGE**
                              **UNITED STATES DISTRICT COURT**