UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

U.S. COMMODITY FUTURES
TRADING COMMISSION,
    Plaintiff,

v.                                       Case No.    09-cv-3332 (MJD/FLN)

TREVOR COOK et al.,
    Defendants,

R.J. ZAYED,
    Receiver.

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
    Plaintiff,

v.                                       Case No.    09-cv-3333 (MJD/FLN)

TREVOR G. COOK, et al.,
    Defendants,

R.J. ZAYED,
    Receiver.

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
    Plaintiff,

v.                                       Case No.    11-cv-574 (MJD/FLN)

JASON BO-ALAN BECKMAN, et al.,
    Defendants,

R.J. ZAYED,
    Receiver.

# ORDER APPROVING SETTLEMENT AGREEMENT WITH
## ARCH INSURANCE COMPANY

THIS MATTER came before the Court upon the Receiver's Motion to approve the Settlement Agreement between the Receiver and Arch Insurance Company and the associated order contemplated in that Settlement Agreement and Release ("Settlement Agreement") resolving the related case of *Zayed v. Arch*, 11-cv-1319 (D. Minn. 2011). The Settlement Agreement that is the subject of this Order is filed at *SEC v. Cook et al.*, 09-cv-3333, Docket No. 1084, *CFTC v. Cook et al.*, 09-cv-3332, Docket No. 1035, and *SEC v. Beckman et al.*, 11-cv-574, Docket No. 399.

Based on the Agreement between the parties, the arguments of counsel, and all of the pleadings, files, and records herein, the Court being duly advised on the premises, HEREBY ORDERS AS FOLLOWS:

1. The Receiver's motion is **GRANTED**.

2. The Court approves the Settlement Agreement (09-cv-3333 Docket No.1084, 09-cv-3332 Docket No. 1035, and 11-cv-574 Docket No. 399) between the Receiver and Arch Insurance Company.

SO ORDERED.

Dated: August 12, 2013.  s/ Michael J. Davis  
Michael J. Davis  
Chief Judge  
UNITED STATES DISTRICT COURT