IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| U.S. COMMODITY FUTURES TRADING COMMISSION, Plaintiff, | | |
| v. | Case No. | 09-cv-3332 (MJD/FLN) |
| TREVOR COOK et al., Defendants, | | |
| R.J. ZAYED, Receiver. | | |

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, Plaintiff, | | |
| v. | Case No. | 09-cv-3333 (MJD/FLN) |
| TREVOR G. COOK, et al., Defendants, | | |
| R.J. ZAYED, Receiver. | | |

| | | |
|---|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, Plaintiff, | | |
| v. | Case No. | 11-cv-574 (MJD/FLN) |
| JASON BO-ALAN BECKMAN, et al., Defendants, | | |
| R.J. ZAYED, Receiver. | | |

# ORDER AUTHORIZING THE PAYMENT OF FEES INCURRED BY THE RECEIVER THAT WERE NECESSARY TO ASSIST THE RECEIVER IN HIS DUTIES

This matter is before the Court pursuant to the motions of Receiver R.J. Zayed (the "Receiver") (Docket Nos. 1043, 1092 and 407) for an order directing the Receiver to make payments for fees incurred by the Receiver, in or about June, July, and August 2013, for services necessary to assist the Receiver in his duties:

1. Dorsey & Whitney LLP;

2. Carlson Caspers; and

3. Morgan & Morgan.

Based on the pleadings, files, and records herein, including the Court's *in camera* review of the detailed invoices, and being fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

The Receiver's Motion is GRANTED. The Receiver is authorized to make payments out of the assets of the Receivership as follows:

1. Dorsey & Whitney, LLP

> May 2013
> Invoice No. 1880349....................$   832.55
>
> June 2013
> Invoice No. 1885156....................$6,590.90
> Invoice No. 1884313....................$5,435.00
>
> July 2013
> Invoice No. 1896401....................$   615.25
> Invoice No. 1890066....................$1,922.70
>
> August 2013
> Invoice No. 1896002....................$   862.75

TOTAL..........................................................$ 16,259.15

2. Carlson, Caspers, Vandenburgh, Lindquist & Schuman, P.A.

<u>June 2013</u>
Legal fees ...................................$18,479.25
Incurred costs .............................$   1,014.01

<u>July 2013</u>
Legal fees ...................................$14,724.50
Incurred costs .............................$      694.16

<u>August 2013</u>
Legal fees ...................................$ 9,369.75
Incurred costs .............................$      634.96

TOTAL..........................................................$ 44,916.63

3. Morgan & Morgan

May and June 2013 .....................$1,572.16

June and July 2013 .....................$1,366.39

TOTAL..........................................................$2,938.55

**Dated: October 4, 2013**          **BY THE COURT:**

*s/ Michael J. Davis*
**MICHAEL J. DAVIS
CHIEF JUDGE
UNITED STATES DISTRICT COURT**