UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

U.S. COMMODITY FUTURES
TRADING COMMISSION,
        Plaintiff,

v.                                  Case No.      09-cv-3332 (MJD/FLN)

TREVOR COOK et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
        Plaintiff,

v.                                  Case No.      09-cv-3333 (MJD/FLN)

TREVOR G. COOK, et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
        Plaintiff,

v.                                  Case No.      11-cv-574 (MJD/FLN)

JASON BO-ALAN BECKMAN, et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

## ORDER AUTHORIZING THE PAYMENT OF FEES INCURRED BY THE RECEIVER THAT WERE NECESSARY TO ASSIST THE RECEIVER IN HIS DUTIES

This matter is before the Court pursuant to the motions of Receiver R.J. Zayed (the "Receiver") (Docket Nos. 1069, 1119 and 447) for an order directing the Receiver to make payments for fees incurred by the Receiver, in or about December 2013, and January and February 2014, for services necessary to assist the Receiver in his duties:

1. Carlson Caspers; and

2. Morgan & Morgan.

Based on the pleadings, files, and records herein, including the Court's *in camera* review of the detailed invoices, and being fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

The Receiver's Motion is GRANTED. The Receiver is authorized to make payments out of the assets of the Receivership as follows:

    1. Carlson, Caspers, Vandenburgh, Lindquist & Schuman, P.A.

        December 2013
        Legal fees ..................................$12,044.25
        Incurred Costs ...........................$     598.50

        January 2014
        Legal fees ..................................$28,041.75
        Incurred costs ............................$     788.23

        February 2014
        Legal fees ..................................$18,466.00
        Incurred costs ............................$      68.26

        TOTAL...........................................................$60,006.99

   2. Morgan & Morgan

      August 2013 ............................... $   632.64

      December 2013 ........................... $6,634.77

      January 2014 ............................... $  460.28

       TOTAL.......................................................... $7,727.69

**Dated: April 11, 2014**           **BY THE COURT:**

        <u>s/ Michael J. Davis</u>
        **MICHAEL J. DAVIS**
        **CHIEF JUDGE**
        **UNITED STATES DISTRICT COURT**