UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

U.S. COMMODITY FUTURES
TRADING COMMISSION,
        Plaintiff,

v.                               Case No.      09-cv-3332 (MJD/FLN)

TREVOR COOK et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
        Plaintiff,

v.                               Case No.      09-cv-3333 (MJD/FLN)

TREVOR G. COOK, et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
        Plaintiff,

v.                               Case No.      11-cv-574 (MJD/FLN)

JASON BO-ALAN BECKMAN, et al.,
        Defendants,

R.J. ZAYED,
        Receiver.

# ORDER AUTHORIZING THE PAYMENT OF FEES INCURRED BY THE RECEIVERS IN THE ASSOCIATED BANK ACTION THAT WERE NECESSARY TO ASSIST THE RECEIVERS IN THEIR DUTIES

This matter is before the Court pursuant to the motions of Receiver Tara C. Norgard (the "Receiver") (Docket Nos. 1115, 1166 and 492) for an order directing the Receiver to make payments for fees incurred by the Receivers, in or about September, October, and November 2014, for services necessary to assist the Receivers in their duties to Carlson, Caspers, Vandenburgh, Lindquist & Schuman, P.A.

Based on the pleadings, files, and records herein, including the Court's *in camera* review of the detailed invoices, and being fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

The Receiver's Motion is GRANTED. The Receiver is authorized to make payments out of the assets of the Receivership as follows:

1. Carlson, Caspers, Vandenburgh, Lindquist & Schuman, P.A.

<u>September 2014</u>
Legal fees ...................................$1,863.50

<u>October 2014</u>
Legal fees  ..................................$6,581.50

<u>November 2014</u>
Legal fees   ..................................   175.00
Disbursements ...........................    14.00

3

          TOTAL.............................................................$8,634.00

Dated: December 18, 2014   BY THE COURT:

               <u>s/ Michael J. Davis</u>
               **MICHAEL J. DAVIS**
               **CHIEF JUDGE**
               **UNITED STATES DISTRICT COURT**

**Civil Nos. 09-3332, 09-3333, 11-574**