UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States Securities
and Exchange Commission,

    Plaintiff,

v.                                                                                       ORDER
                                                                                         Civil No. 11-574
Jason Bo-Alan Beckman, et al.,

    Defendants


United States Securities
and Exchange Commission,

    Plaintiff,

v.
                                                                                         Civil No. 09-3333
Trevor Cook, Patrick Kiley, et al.,

    Defendants


United States Commodity
Futures Trading Commission,

    Plaintiff,

v.
                                                                                         Civil No. 09-3332
Trevor Cook, Patrick Kiley, et al.,

    Defendants.
_____

1

Currently pending before the Court are the motions of the United States Securities and Exchange Commission ("SEC") and the United States Commodity Futures Trading Commission ("CFTC") for summary judgment against Defendants Patrick Kiley and Jason Bo-Alan Beckman.  A hearing has been scheduled for May 14, 2015.  Also pending are the Defendants' criminal appeals before the Eighth Circuit Court of Appeals.

Because the conduct underlying the SEC's and CFTC's claims overlaps with the conduct underlying the criminal convictions, the Court will continue the hearing on the motions for summary judgment until such time as the Eighth Circuit has issued its opinion in the criminal case.

IT IS HEREBY ORDERED that the hearing currently scheduled before this Court on May 14, 2015 in the above referenced cases is cancelled.  The Court will reschedule the motions hearing after the Eighth Circuit has issued its decision in the criminal appeals of Defendants Beckman and Kiley.

Date:   April 16, 2015

                                              s/ Michael J. Davis
                                              Michael J. Davis
                                              Chief Judge
                                              United States District Court