UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

U.S. COMMODITY FUTURES
TRADING COMMISSION,
       Plaintiff,

v.                               Case No.      09-cv-3332 (MJD/FLN)

TREVOR COOK et al.,
       Defendants,

R.J. ZAYED,
       Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
       Plaintiff,

v.                                 Case No.      09-cv-3333 (MJD/FLN)

TREVOR G. COOK, et al.,
       Defendants,

R.J. ZAYED,
       Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
       Plaintiff,

v.                                 Case No.      11-cv-574 (MJD/FLN)

JASON BO-ALAN BECKMAN, et al.,
       Defendants,

R.J. ZAYED,
       Receiver.

This matter is before the Court pursuant to the motions of Receiver Tara C. Norgard (the "Receiver") (Docket Nos. 1162, 1230 and 541) for an order directing the Receiver to make payments for fees incurred by the Receiver in the Associated Bank action, in or about March, April, and May 2015, for services necessary to assist the Receiver in her duties:

1. Carlson, Caspers, Vandenburgh, Lindquist & Schuman, P.A.

Based on the pleadings, files, and records herein, including the Court's *in camera* review of the detailed invoices, and being fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

The Receiver's Motion is GRANTED. The Receiver is authorized to make payments out of the assets of the Receivership as follows:

1. Carlson, Caspers, Vandenburgh, Lindquist & Schuman, P.A. ("Carlson Caspers")

March 2015
Legal fees ...................................$12,777.00

April 2015
Legal fees ...................................$ 7,963.00

May 2015
Legal fees  .................................$10,565.00

TOTAL.........................................................$31,305.00

**Dated:   July 1, 2015**

s/ Michael J. Davis
MICHAEL J. DAVIS
UNITED STATES DISTRICT COURT