# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

U.S. COMMODITY FUTURES
TRADING COMMISSION,
                          Plaintiff,

v.                                              Case No.        09-cv-3332 (MJD/FLN)

TREVOR COOK et al.,
                          Defendants,


R.J. ZAYED,
                          Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
                          Plaintiff,


v.                                              Case No.        09-cv-3333 (MJD/FLN)

TREVOR G. COOK, et al.,
                          Defendants,


R.J. ZAYED,
                          Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
                          Plaintiff,


v.                                              Case No.        11-cv-574 (MJD/FLN)

JASON BO-ALAN BECKMAN, et al.,
                          Defendants,


R.J. ZAYED,
                          Receiver.

---

**ORDER AUTHORIZING THE PAYMENT OF FEES INCURRED BY THE
RECEIVERS IN THE ASSOCIATED BANK ACTION THAT WERE
NECESSARY TO ASSIST THE RECEIVERS IN THEIR DUTIES**

This matter is before the Court pursuant to the motions of Receiver Tara C.
Norgard (the "Receiver") (Docket Nos. 1202, 1291, and 586) for an order directing the
Receiver to make payments for fees incurred by the Receivers, in or about October,
November, December 2015, and January 2016, for services necessary to assist the
Receivers in their duties:

1.      Carlson, Caspers, Vandenburgh, Lindquist & Schuman, P.A.

Based on the pleadings, files, and records herein, including the Court's *in camera*
review of the detailed invoices, and being fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

The Receiver's Motion is GRANTED. The Receiver is authorized to make
payments out of the assets of the Receivership as follows:

1.   Carlson, Caspers, Vandenburgh, Lindquist & Schuman, P.A. ("Carlson
     Caspers")

> October 2015
> Legal fees ...............................................$ 11,531.00
> Incurred Costs  .....................................$      773.70
>
> November 2015
> Legal fees ...............................................$  8,119.50
>
> December 2015
> Legal fees ...............................................$ 10,590.00
> Incurred Costs  .....................................$      255.00

<u>January 2016</u>
Legal fees  ..............................................$   7,733.00
Incurred Costs  ....................................$_____5.95

TOTAL …………………………………$39,008.15


Dated:  March 4, 2016                    BY THE COURT:


                                         <u>s/ Michael J. Davis</u>
                                         **MICHAEL J. DAVIS**
                                         **UNITED STATES DISTRICT COURT**