UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

U.S. COMMODITY FUTURES
TRADING COMMISSION,
   Plaintiff,

v.         Case No.  09-cv-3332 (MJD/FLN)

TREVOR COOK et al.,
   Defendants,

R.J. ZAYED,
   Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
   Plaintiff,

v.         Case No.  09-cv-3333 (MJD/FLN)

TREVOR G. COOK, et al.,
   Defendants,

R.J. ZAYED,
   Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
   Plaintiff,

v.         Case No.  11-cv-574 (MJD/FLN)

JASON BO-ALAN BECKMAN, et al.,
   Defendants,

R.J. ZAYED,
   Receiver.

# ORDER AUTHORIZING THE PAYMENT OF FEES INCURRED BY THE RECEIVER THAT WERE NECESSARY TO ASSIST THE RECEIVER IN HIS DUTIES

This matter is before the Court pursuant to the motions of Receiver R.J. Zayed (the "Receiver") (Docket Nos. 1258 (Civil No. 09-3332), 1348 (Civil No. 09-3333) and 640 (Civil No. 11-574)) for an order directing the Receiver to make payments for fees incurred by the Receiver, in or about December 2016, January, and February 2017, for services necessary to assist the Receiver in his duties:

    1.    Carlson, Caspers, Vandenburgh, Lindquist & Schuman, P.A.

Based on the pleadings, files, and records herein, including the Court's *in camera* review of the detailed invoices, and being fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

The Receiver's Motions are GRANTED. The Receiver is authorized to make payments out of the assets of the Receivership as follows:

    1. Carlson, Caspers, Vandenburgh, Lindquist & Schuman, P.A.

<u>December 2016</u>
Legal fees ..............................................$ 7,683.00
Incurred costs .......................................$       75.00

<u>January 2017</u>
Legal fees ............................................$ 2,422.00
Incurred costs .......................................$       15.18

<u>February 2017</u>
Legal fees .............................................$ 1,697.50
Incurred costs .......................................$      173.25

TOTAL……………………………….. $ 12,065.93

Dated: April 13, 2017       BY THE COURT:


<u>s/ Michael J. Davis</u>
**MICHAEL J. DAVIS**
**UNITED STATES DISTRICT COURT**