UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

U.S. COMMODITY FUTURES
TRADING COMMISSION,
    Plaintiff,

v.                               Case No.    09-cv-3332 (MJD/FLN)

TREVOR COOK et al.,
    Defendants,

R.J. ZAYED,
    Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
    Plaintiff,

v.                               Case No.    09-cv-3333 (MJD/FLN)

TREVOR G. COOK, et al.,
    Defendants,

R.J. ZAYED,
    Receiver.

---

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,
    Plaintiff,

v.                               Case No.    11-cv-574 (MJD/FLN)

JASON BO-ALAN BECKMAN, et al.,
    Defendants,

R.J. ZAYED,
    Receiver.

**ORDER AUTHORIZING THE PAYMENT OF FEES INCURRED BY THE RECEIVERS IN THE ASSOCIATED BANK ACTION THAT WERE NECESSARY TO ASSIST THE RECEIVERS IN THEIR DUTIES**

This matter is before the Court pursuant to the motions of Receiver Tara C. Norgard (the "Receiver") (Docket Nos. 1261 (Civil No. 09-3332), 1351 (Civil No. 09-3333), and 643 (Civil No. 11-574)) for an order directing the Receiver to make payments for fees incurred by the Receivers, in or about December 2016, January, and February 2017, for services necessary to assist the Receivers in their duties:

1. Carlson, Caspers, Vandenburgh, Lindquist & Schuman, P.A.

Based on the pleadings, files, and records herein, including the Court's *in camera* review of the detailed invoices, and being fully advised in the premises,

**IT IS HEREBY ORDERED THAT:**

The Receiver's Motions are GRANTED. The Receiver is authorized to make payments out of the assets of the Receivership as follows:

1. Carlson, Caspers, Vandenburgh, Lindquist & Schuman, P.A.

December 2016
Legal fees ..............................................$11,640.50
Incurred costs .......................................$     902.52

January 2017
Legal fees ............................................$12,124.50
Incurred costs .......................................$         5.30

February 2017
Legal fees ..............................................$   8,977.50

TOTAL…………………………...$ 33,650.32

Dated: April 13, 2017          BY THE COURT:

                               **s/ Michael J. Davis**
                               **MICHAEL J. DAVIS**
                               **UNITED STATES DISTRICT COURT**